PER CURIAM.—This case is a companion case to that of I. Otto v. J. P. Harllee, *et al.,* as Board of County Commissioners of Manatee County, Florda, in which opinion and judgment has been filed at this term of the court.

The judgment herein should be affirmed on authority of the opinion and judgment in the companion case above referred to. It is so ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BUFORD, and DAVIS, J. J., concur.

D. LEE v. J. P. HARLLEE, *et al.,* as Board of County Commissioners of Manatee County, Florida.

161 So. 405.

Decision Filed May 7, 1935.

*Edwin Brobston,* for Plaintiff in Error;

*D. R. Peacock,* for Defendants in Error.

PER CURIAM.—This case is a companion case to that of I. Otto v. J. P. Harllee, *et al.,* as Board of County Commissioners of Manatee County, Florida, in which opinion and judgment has been filed at this term of court.

The judgment herein should be affirmed on authority of the opinion and judgment in the companion case above referred to. It is so ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BUFORD, and DAVIS, J. J., concur.